STATE of Vermont v. James J. LABOR, Sr., No. 358-78

June 5, 1979. The attempted review of the sentence imposed October 15, 1976, being without jurisdictional support, the same is dismissed, and the sentence is affirmed.

STATE of Vermont v. Henry C. HASTINGS, No. 201-79

June 5, 1979. The order of the District Court, Unit No. 3, Lamoille Circuit, punishing the defendant's breach of conditions of bail rather than ordering the revocation of bail, is vacated and the defendant is to be discharged forthwith.

Mary FYLES v. SALES LEADERSHIP CLUB, INC., No. 322-77

June 6, 1979. Appellant to have counsel enter notice of appearance by September 4, 1979. Appellant's brief and printed case to be filed by September 4, 1979.

Edward LETOURNEAU v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 113-78

June 6, 1979. Progress to be made on or before July 3, 1979, or the matter will be dismissed.

Richard MARFUGGI and Patricia Marfuggi v. Betsy MELVIN and Tom Melvin, No. 167-78

June 6, 1979. Progress to be made by the filing of the appellants' brief on or before July 1, 1979, or cause dismissed.

BERLIN DEVELOPMENT ASSOCIATES, Bennington Development Associates, Springfield Development Associates, St. Johnsbury Development Associates, and Burlington Convalescent Center, Inc. v. VERMONT DEPARTMENT OF SOCIAL WELFARE, No. 223-78

June 6, 1979. Cause remanded for a new hearing pursuant to the provisions of V.R.C.P. 60(b).

Steven SHAVELL, Individually and with Raymond F. Ross, as Trustee v. John T. THURBER, No. 17-79

John T. THURBER v. Steven SHAVELL, Individually and with Raymond F. Ross, as Trustee, No. 91-79

June 6, 1979. Motion to Dismiss denied.

UNITED SAVINGS BANK v. Edward C. BARBER, No. 372-78

June 8, 1979. Motion to Dismiss granted. V.R.A.P. 12(c).